Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for AXIS Reinsurance Company*

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK                *Electronically Filed*
------------------------------------------------------------ X
AXIS REINSURANCE COMPANY,                 :    No. 07-CV-07924-GEL
                          Plaintiff,           :
              v.                               :
                                               :
PHILLIP R. BENNETT, et al.,                    :
                                               :
                          Defendants.          :
------------------------------------------------------------ X
                                               :
In re                                          :    Chapter 11
                                               :
REFCO, INC., et al.,                           :    Case No. 05-60006-RDD
                                               :
                          Debtors.             :    Jointly Administered
------------------------------------------------------------ X
AXIS REINSURANCE COMPANY,                 :    Adv. Proc. No. 07-01712-RDD
                                               :    Reference Withdrawn:
                                               :    No. 08-CV-03242-GEL
                          Plaintiff,           :    Appeals:
              v.                               :    (1) No. 07-CV-09420-GEL
                                               :    (2) No. 07-CV-09842-GEL
PHILLIP R. BENNETT, et al.,                    :    (3) No. 07-CV-10302-GEL
                                               :
                          Defendants.          :

```
------------------------------------------------------------- X
TONE N. GRANT, et al.,                              :        Adv. Proc. 07-02005-RDD
                                                    :        consolidated with 07-01712-RDD
                                                    :        Reference Withdrawn:
                                                    :        No. 08-CV-03243-GEL
                           Plaintiffs,              :        Appeals:
         v.                                         :        (1) No. 07-CV-09843-GEL
                                                    :        (2) No. 07-CV-10302-GEL
AXIS REINSURANCE COMPANY,                           :
                                                    :
                           Defendant.               :
------------------------------------------------------------- X
LEO R. BREITMAN, et al.,                            :        Adv. Proc. No. 07-02032-RDD
                                                    :        consolidated with 07-01712-RDD
                                                    :        Reference Withdrawn:
                                                    :        No. 08-CV-03303-GEL
                           Plaintiffs,              :        Appeal:
         v.                                         :        (1) No. 07-CV-10302-GEL
                                                    :
AXIS REINSURANCE COMPANY,                           :
                                                    :
                           Defendant.               :
------------------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                           )    s.s.:
COUNTY OF WESTCHESTER      )

      1.    ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am an attorney with the firm Kaufman Borgeest & Ryan LLP.

      2.    On May 2, 2008, I caused to be served a true and correct copy of the following documents via electronic mail notification and reference to ECF to the parties listed on Exhibit A attached hereto:

- AXIS Reinsurance Company Brief in Opposition to Certain Insureds' Motions for Summary Judgment: (1) Dismissing Certain Insureds from the AXIS Declaratory Judgment Action (No. 07-CV-07924-GEL); and (2) Entry of Judgment in Favor of Count One of Officer Insureds' Counterclaims (No. 07-AP-01712-RDD, Reference Withdrawn at No. 08-CV-03242-GEL);
- May 2, 2008 Declaration of Joan M. Gilbride;
- May 2, 2008 Affidavit of Steven Kane;
- AXIS Reinsurance Company Statement of Additional Material Facts and Response To Statement of Undisputed Material Facts Submitted on Behalf of Klejna Pursuant to Local Rule 56.1; and
- AXIS Reinsurance Company Statement of Additional Material Facts and Response To Statement of Undisputed Material Facts Submitted on Behalf of Sexton, Sherer, Murphy, Silverman, Grant, Breitman, Gantcher, Harkins, Jaeckel, Lee, O'kelley and Schoen Pursuant to Local Rule 56.1.

Dated: Valhalla, New York
      May 2, 2008

                                                                  ROBERT A. BENJAMIN

                                                                 KAUFMAN BORGEEST & RYAN LLP
                                                                 200 Summit Lake Drive
                                                                  Valhalla, New York 10595
                                                                  (914) 741-6100 (Telephone)
                                                                  (914) 741-0025 (Facsimile)
                                                                  rbenjamin@kbrlaw.com

## EXHIBIT A

Stephen J. O'Neil
Bell, Boyd & Lloyd LLP
70 W. Madison St., 3100
Chicago, IL  60602
soneil@bellboyd.com

Michael J. Walsh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
mj.walsh@weil.com

Thomas G. Macauley
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990 P.O. Box 1028
Wilmington, DE  19801-3036
tmacauley@zuckerman.com

Michael T. Hannafan
Blake T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 280
Chicago, IL 60601
mth@hannafanlaw.com
bth@hannafanlaw.com

Richard Cashman
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY  10036-6524
richard.cashman@hellerehrman.com

Greg A. Danilow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
greg.danilow@weil.com

Norman Eisen
ZUCKERMAN SPAEDER LLP
1800 M Street, NWSuite 1000
Washington, DC  20036-5802
neisen@zuckerman.com

Laura E. Neish
ZUCKERMAN SPAEDER LLP
1540 Broadway Suite Suite 1604
New York, NY  10036-4039
lneish@zuckerman.com

Barbara Moses
Morvillo, Abramowitz, Grand,
Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York  10017
bmoses@maglaw.com

John J. Jerome
Saul Ewing LLP
245 Park Avenue, 24th Floor
New York, NY  10167
jjerome@saul.com

Philip Nemecek
Helen Kim
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022-2585
philip.nemecek@kattenlaw.com
helen.kim@kattenlaw.com

Stuart I. Friedman
Ivan O. Kline
Elizabeth D. Meacham
Friedman & Wittenstein
600 Lexington Avenue
New York, NY 10022
sfriedman@friedmanwittenstein.com
ikline@friedmanwittenstein.com
emeachem@friedmanwittenstein.com

Jeffrey T. Golenbock
Golenbock Eiseman Assor
Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, NY  10022-7302
jgolenbock@golenbock.com

Gary P. Naftalis
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
gnaftalis@kramerlevin.com