**AXIS Reinsurance Co.**